EXHIBIT A

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Don't Bring Me Down |
| Line 3 | Writer(s) | Jeff Lynne |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc. |
| Line 5 | Date(s) of Registration | 6/13/79 |
| Line 6 | Registration No(s). | PA 35-638 |
| Line 7 | Date(s) of Infringement | 11/3/24 |
| Line 8 | Place of Infringement | Oceanside Grille At The Brunswick |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | How Sweet It Is To Be Loved By You a/k/a How Sweet It Is (To Be Loved By You) |
| Line 3 | Writer(s) | Lamont Dozier; Brian Holland; Eddie Holland |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 8/27/64 |
| Line 6 | Registration No(s). | Ep 191750 |
| Line 7 | Date(s) of Infringement | 11/3/24 |
| Line 8 | Place of Infringement | Oceanside Grille At The Brunswick |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Listen To The Music |
| Line 3 | Writer(s) | Tom Johnston |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 9/1/72    10/10/72 |
| Line 6 | Registration No(s). | Eu 355082  Ep 304554 |
| Line 7 | Date(s) of Infringement | 11/3/24 |
| Line 8 | Place of Infringement | Oceanside Grille At The Brunswick |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Livin Thing a/k/a Livin' Thing |
| Line 3 | Writer(s) | Jeff Lynne a/k/a Jeffrey Lynne |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc. |
| Line 5 | Date(s) of Registration | 1/5/04    1/5/04    10/4/76    3/7/77 |
| Line 6 | Registration No(s). | RE 893-878    RE 892-758    Eu 720088    Ep 365052 |
| Line 7 | Date(s) of Infringement | 11/3/24 |
| Line 8 | Place of Infringement | Oceanside Grille At The Brunswick |